# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK L. PAVEL, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 3:18-cv-01778-LAB-KSC<br><br>(Honorable Larry Alan Burns)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: August 1, 2018 |

**ORDER**

For good cause shown, the Joint Motion to extend the time for Defendant Unum Life Insurance Company of America to respond to Plaintiff's Complaint is **GRANTED**. Defendant shall now have until **September 13, 2018** to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: August 20, 2018

_____
HON. LARRY ALAN BURNS
United States District Judge