# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK L. PAVEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-01778-LAB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 26]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 26. This entire action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: July 29, 2019

*/s/ Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge